# Exhibit A

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 25 2012 2:27 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11266-1

# SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

## CASE COVER SHEET / CIVIL CASES

Case Title: DEBORAH CAHILL M.D. VS. FRANCISCAN HEALTH SYSTEM A WASHINGTON NON-

Case Number: 12-2-11266-1

Atty/Litigant: KENNETH SCOTT KAGAN

Bar #: 12983      Phone: (206) 622-8020

Address: 701 5th Ave Ste 3600

City: SEATTLE      State: WA      Zip: 98104

Please check one category that best describes this case for indexing purposes.
*If you cannot determine the appropriate category, please describe the cause of action below. This will create a Miscellaneous cause which is not subject to PCLR 3.*

**APPEAL / REVIEW**
\_\_\_\_ Administrative Law Review (ALR 2) *REV 6*
\_\_\_\_ Civil, Non-Traffic (LCA 2) *REV 6*
\_\_\_\_ Civil, Traffic (LCI 2) *REV 6*
\_\_\_\_ Land Use Petition (LUP 2) LUPA

**CONTRACT / COMMERCIAL**
\_\_\_\_ ♦Breach of Contract, Commercial Non-Contract or Commercial-Contract (COM 2) *STANDARD*
\_\_\_\_ Third Party Collection (COL 2) *REV 4*

**JUDGMENT**
\_\_\_\_ ♦Judgmnt, Another County or Abstract Only (ABJ 2) *Non PCLR*
\_\_\_\_ Transcript of Judgment (TRJ 2) *Non PCLR*
\_\_\_\_ ♦Foreign Judgment Civil or Judgement, Another State (FJU 2) *Non PCLR*

**TORT / MOTOR VEHICLE**
\_\_\_\_ ♦Death, Non-Death Injuries or Property Damage Only (TMV 2) *STANDARD*

**TORT / NON MOTOR VEHICLE**
\_\_\_\_ Other Malpractice (MAL 2) *COMPLEX*
✓ Personal Injury (PIN 2) *STANDARD*
\_\_\_\_ Property Damage (PRP 2) *STANDARD*
\_\_\_\_ Wrongful Death (WDE 2) *STANDARD*
\_\_\_\_ ♦Other Tort, Products Liability or Asbestos (TTO 2) *COMPLEX*

**PROPERTY RIGHTS**
\_\_\_\_ Condemnation (CON 2) *STANDARD*
\_\_\_\_ Foreclosure (FOR 2) *REV 4*
\_\_\_\_ Property Fairness (PFA 2) *STANDARD*
\_\_\_\_ Quiet Title (QTI 2) *STANDARD*
\_\_\_\_ Unlawful Detainer / Eviction (UND 2) *REV 4*
\_\_\_\_ Unlawful Detainer / Contested (UND 2) *REV 4*

**OTHER COMPLAINT OR PETITION**
\_\_\_\_ ♦Compel/Confirm Bind Arbitration, Deposit of Surplus Funds, Interpleader, Subpoenas, Victims' Employment Leave, or Wireless Number Disclosure (MSC 2) *REV 4*
\_\_\_\_ Injunction (INJ 2) *REV 4*
\_\_\_\_ Malicious Harassment (MHA 2) *Non PCLR*
\_\_\_\_ Meretricious Relationship (MER 2) *REV 4*
\_\_\_\_ Minor Settlement/No Guardianship (MST2) *REV 4*
\_\_\_\_ Pet for Civil Commit/Sex Predator (PCC2) *REV 4*
\_\_\_\_ Property Damage Gangs (PRG 2) *REV 4*
\_\_\_\_ Seizure of Property/Comm. of Crime (SPC2) *REV 4*
\_\_\_\_ Seizure of Proprty Reslt from Crime (SPR2) *REV 4*

**TORT / MEDICAL MALPRACTICE**
\_\_\_\_ ♦Hospital, Medical Doctor, or Other Health Care Professional (MED2) *COMPLEX*

**WRIT**
\_\_\_\_ Habeas Corpus (WHC 2) *REV 4*
\_\_\_\_ Mandamus (WRM 2) *REV 4*
\_\_\_\_ Review (WRV 2) *REV 4*
\_\_\_\_ Miscellaneous Writ (WMW 2) *REV 4*

**MISCELLANEOUS**_____

Revised 09/01/2011 Web

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 25 2012 2:27 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11266-1

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN THE COUNTY OF PIERCE

| | |
|---|---|
| DEBORAH CAHILL, M.D., <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation, <br><br> Defendant. | NO. <br><br> COMPLAINT |

For her cause of action against Franciscan Health System, Plaintiff Deborah Cahill, M.D. alleges as follows:

**PARTIES**

1. Plaintiff, Deborah Cahill, M.D., is an experienced, well-respected Board Certified Obstetrician and Gynecologist who has enjoyed a rewarding and distinguished career devoted to caring for the health of women in her community, irrespective of their ability to pay. Over three years ago, Dr. Cahill voluntarily sought treatment with the Washington Physicians Health Program for treatment of alcoholism and has maintained continuous sobriety since enrollment. Dr. Cahill is a resident of King County, Washington, and a physician duly licensed under the laws of the State of Washington.

2. Defendant Franciscan Health System (hereinafter "FHS") is a large hospital chain and health system organized as a tax-exempt non-profit under IRS Code 501(c)(3) and

COMPLAINT – 1

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14ew 2012-07-25

is based in Tacoma, Washington. Defendant FHS owns and operates five full-service hospitals including St. Joseph Medical Center, which is located in Tacoma, Washington.

## JURISDICTION AND VENUE

3. Plaintiff re-alleges all allegations set forth in paragraphs 1 through 2 above.

4. Pursuant to RCW 2.08.010 and 4.12, *et seq.*, this Court has subject matter jurisdiction and personal jurisdiction over Defendant FHS in this lawsuit.

5. Venue properly lies in the Superior Court for Pierce County, Washington.

## FACTS

6. Dr. Cahill is a physician, licensed to practice medicine in Washington since December 14, 1984, and Board Certified in the specialty of obstetrics/gynecology.

7. Defendant FHS is a non-profit IRS Code 501(c)(3) organization.

8. Defendant FHS owns and operates five full-service hospitals including St. Joseph Medical Center, which is located in Tacoma, WA. As a full-service hospital, St. Joseph Medical Center has an Obstetrics/Gynecology (OB/GYN) Department.

9. Defendant FHS and St. Joseph Medical Center receive federal funds.

10. Washington Physicians Health Program (hereinafter "WPHP") is a non-profit organization. It was founded by the Washington State Medical Association in 1986 to reach out to troubled colleagues. WPHP, which fulfills the role specified in RCW 18.130.175 for a "voluntary substance abuse monitoring program" acting under the authority of the Department of Health, helps identify, refer for evaluation or treatment, monitor the recovery, and endorse the safety of healthcare practitioners who have a condition, mental or physical, which could affect their ability to practice with reasonable skill and safety. WPHP, with its comprehensive curriculum and success rate for long-term sobriety, has gained national recognition and widespread support.

CARNEY BADLEY SPELLMAN
LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14cw 2012-07-25

11. In March, 2009, Dr. Cahill voluntarily, and without any patient care *sequelae*, sought treatment for alcoholism from WPHP with a five-year commitment to ongoing monitoring as required by the wellness program.

12. Dr. Cahill has been committed to her recovery, 100% sober and consistently compliant with the intense monitoring component of the WPHP ever since and in accordance with its strict written protocols, including, but not limited to, submission to random urine tests and regular attendance at WPHP-facilitated meetings. Dr. Cahill's written monitoring agreement with WPHP will terminate in July, 2014.

13. After many years in private practice, Dr. Cahill decided to shift her career focus to the role of an OB/GYN Hospitalist to become part of a team that provides care to the uninsured population. To that end, in August of 2010, Dr. Cahill applied for a position with OB Hospitalist Group, a national physician group that specializes in caring for the obstetrical and gynecological needs of patients, to provide coverage for the OB/GYN hospitalist program at St. Joseph Medical Center.

14. OB Hospitalist Group had contracted with Defendant FHS and/or St. Joseph Medical Center to provide Board Certified physicians in the specialty of obstetrics and gynecology to augment the staffing of St. Joseph Medical Center's OB/GYN Department.

15. Dr. Cahill accepted an offer of a position with OB Hospitalist Group and signed a contract with OB Hospitalist Group (OB Contract) to cover a minimum of two shifts per month in the OB/GYN Department of St. Joseph Medical Center.

16. The OB Contract required Dr. Cahill to apply for and receive Medical Staff privileges from Defendant FHS.

17. Dr. Cahill timely applied for staff privileges and supplied the requested information concerning her licensure, education, training, experience, current competence, health status, and malpractice history. Dr. Cahill signed the required release and consent for

CARNEY BADLEY SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14ew 2012-07-25

1 Defendant FHS to verify her credentials. As part of Dr. Cahill's application, she was forthright and fully disclosed her monitoring agreement with WPHP without reservation.

18. Defendant FHS knew that Dr. Cahill was applying for Medical Staff privileges pursuant to her OB Hospitalist Group Contract.

19. By letter dated October 25, 2010, Defendant FHS, with the approval of the Vice President of Medical Affairs and Associate Chief Medical Officer at St. Joseph Medical Center, informed Dr. Cahill that Defendant FHS "cannot complete your application for staff membership" and that Dr. Cahill "can consider reapplying" for Medical Staff privileges when Dr. Cahill's monitoring agreement with WPHP expires.

20. In September and October 2011, Defendant FHS confirmed that it "did not complete the processing" of Dr. Cahill's application for medical staff privileges solely because Dr. Cahill had a monitoring agreement with WPHP evidencing that Dr. Cahill had sought treatment for alcoholism and was a recovering alcoholic.

21. At no time did Defendant FHS conduct any individualized assessment of Dr. Cahill's ability to practice medicine with reasonable skill and safety consistent with the standards of Defendant FHS and its bylaws.

22. Defendant FHS never made an effort to ascertain what modifications to the Hospitalist position or grant of Medical Staff privileges, if any, were plausible to accommodate Dr. Cahill's actual, record of, or perceived disability as a person suffering from alcoholism.

23. Defendant FHS based its decision to not complete the processing of Dr. Cahill's application for Medical Staff privileges on arbitrary and generalized fears about alcoholics. Defendant FHS's refusal to complete the processing of Dr. Cahill's application is tantamount to a denial of privileges.

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14cw 2012-07-25

24. As a direct result of the discriminatory inaction of Defendant FHS, Dr. Cahill could not fulfill her obligations or perform the requested services under the OB Hospitalist Group Contract.

25. The discriminatory inaction of Defendant FHS induced or caused a breach or termination of the OB Hospitalist Group Contract.

## FIRST CAUSE OF ACTION:

### Disability Discrimination Under RCW 49.60.030(1)(a)

26. Plaintiff Cahill re-alleges all allegations set forth above.

27. Plaintiff Cahill has a disability, a record of a disability, or has been regarded by Defendant FHS as having a disability covered by Washington's Law Against Discrimination.

28. By denying Plaintiff Cahill equal opportunity to complete her application for, or benefit from, Medical Staff privileges with Defendant FHS on the basis of her disability, Defendant FHS discriminated against Plaintiff Cahill in the performance of her OB Hospitalist Group Contract to provide services to Defendant FHS.

29. Plaintiff Cahill has sustained damages as a result of Defendant's unlawful conduct and discriminatory inaction.

## SECOND CAUSE OF ACTION:

### Disability Discrimination Under RCW 49.60.030(1)(b)

30. Plaintiff re-alleges all allegations set forth above.

31. Plaintiff Cahill has a disability, a record of a disability, or has been regarded by Defendant FHS as having a disability covered by Washington's Law Against Discrimination.

32. Defendant FHS owns and operates St. Joseph Medical Center in Tacoma, WA, a place of public accommodation.

CARNEY BADLEY SPELLMAN
LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14ew 2012-07-25

33. Defendant FHS discriminated against Plaintiff Cahill by denying her equal opportunity to complete her application for, or benefit from, Medical Staff privileges at St. Joseph Medical Center on the basis of her disability.

34. Plaintiff Cahill has sustained damages as a result of Defendant's unlawful conduct and discriminatory inaction.

### THIRD CAUSE OF ACTION:

### Disability Discrimination Under Title III of the Americans with Disabilities Act (ADA), 42 U.S.C. § 12181, *et seq.*

35. Plaintiff re-alleges all allegations set forth above.

36. Plaintiff Cahill has a disability, a record of a disability, or has been regarded by Defendant as having a disability covered by the ADA.

37. Defendant FHS owns and operates St. Joseph Medical Center in Tacoma, WA, a place of public accommodation.

38. Defendant FHS discriminated against Plaintiff Cahill by denying her a full and equal opportunity to complete the processing of her application for, or benefit from, Medical Staff privileges at St. Joseph Medical Center on the basis of her disability.

### FOURTH CAUSE OF ACTION:

### Disability Discrimination Under the Rehabilitation Act, 29 U.S.C. § 794(a)

39. Plaintiff Cahill re-alleges all allegations set forth above.

40. Plaintiff Cahill has a disability within the meaning of the Rehabilitation Act.

41. Plaintiff Cahill is licensed, Board Certified, and is otherwise qualified to practice medicine in a hospitalist position in the State of Washington in the specialty of obstetrics/gynecology.

42. Defendant FHS refused to complete the processing of Plaintiff Cahill's application for Medical Staff privileges with Defendant FHS solely on the basis of her

COMPLAINT – 6

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14ew 2012-07-25

disability, whether her current disability, her record of a disability, and/or Defendant FHS regarding her as disabled.

43. Defendant FHS receives federal funds.

44. Plaintiff Cahill has sustained damages as a result of Defendant's unlawful conduct and discriminatory inaction.

## FIFTH CAUSE OF ACTION:

### Tortious Interference With a Business Expectancy

45. Plaintiff Cahill re-alleges all allegations set forth above.

46. The contract between Plaintiff Cahill and OB Hospitalist Group was a valid contractual relationship or business expectancy.

47. Defendant FHS had knowledge of the OB Hospitalist Group Contract and the business relationship between Plaintiff Cahill and OB Hospitalist Group.

48. Defendant's unlawful conduct and discriminatory inaction in refusing to complete the processing of Plaintiff Cahill's application for Medical Staff privileges with Defendant FHS solely on the basis of her disability, whether her current disability, her record of a disability, and/or Defendant FHS regarding her as disabled, was intentional interference that induced or caused a breach or termination of the OB Hospitalist Contract with Plaintiff Cahill.

49. Defendant's unlawful conduct and discriminatory inaction were improper means of interfering with the contractual relationship between Plaintiff Cahill and OB Hospitalist Group.

50. Plaintiff Cahill has sustained damages as a result of Defendant's interference.

## SIXTH CAUSE OF ACTION:

### Violation of the Consumer Protection Act, RCW 19.86 et seq.

51. Plaintiff Cahill re-alleges all allegations set forth above.

COMPLAINT – 7

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14ew 2012-07-25

52. Defendant's unlawful conduct and discriminatory inaction violates RCW 49.60.030(1) and is thus statutorily *per se* "a matter affecting the public interest, is not reasonable in relation to the development and preservation of business, and is an unfair or deceptive act in trade or commerce." RCW 49.60.030(3).

53. Plaintiff Cahill has sustained damages to her business or property as a direct result of Defendant's unfair trade practice – its unlawful conduct and discriminatory inaction in refusing to complete the processing of Plaintiff Cahill's application for Medical Staff privileges with Defendant FHS solely on the basis of her disability, whether her current disability, her record of a disability, and/or Defendant FHS regarding her as disabled,.

## **PRAYER FOR RELIEF**

WHEREFORE, having fully stated her causes of action, Plaintiff prays for judgment as follows:

1. Loss of income, wages and other compensation;

2. Damages for emotional distress, mental anguish, loss of reputation and professional standing;

3. An Order enjoining Defendant FHS from declining to process Dr. Cahill's application for Medical Staff privileges based on her disability;

4. All other non-economic damages available under any and all of the available causes of action;

5. Costs and attorneys' fees pursuant to RCW 49.60.030(2), 42 U.S.C. § 12181, *et seq.*, the Rehabilitation Act, and the Consumer Protection Act;

6. All allowable exemplary and punitive damages; and

7. For such other and further relief as the Court deems just and equitable under the circumstances.

COMPLAINT – 8

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14ew 2012-07-25

DATED this 25th day of July, 2012.

CARNEY BADLEY SPELLMAN, P.S.

By /s/ Kenneth S. Kagan
Kenneth S. Kagan, WSBA No. 12983
Elizabeth K. Maurer, WSBA No. 21973
Attorneys for Plaintiff Deborah Cahill, M.D.

PHYSICIANS ADVOCATES

Charles Bond
Jane Luciano
Attorneys for Plaintiff Deborah Cahill, M.D.

COMPLAINT – 9

CARNEY BADLEY SPELLMAN
LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 nf22cq14ew 2012-07-25

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 27 2012 11:17 AM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11266-1

# SUPERIOR COURT, IN AND FOR THE COUNTY OF PIERCE, STATE OF WASHINGTON

| | |
|---|---|
| DEBORAH CAHILL, M.D.<br>　　　　Plaintiff/Petitioner | Cause #: 12-2-11266-1 |
| vs.<br>FRANCISCAN HEALTH SYSTEM<br>　　　　Defendant/Respondent | Declaration of Service of:<br>SUMMONS; COMPLAINT; ORDER SETTING CASE SCHEDULE |
| | Hearing Date: |

Declaration:

The undersigned hereby declares: That s(he) is now and at all times herein mentioned, a citizen of the United States and a resident of the State of Washington, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the date and time of Aug 23 2012 10:43AM at the address of 1801 WESTBAY DR NW SUITE 206 OLYMPIA, within the County of THURSTON, State of WASHINGTON, the declarant duly served the above described documents upon CT CORPORATION SYSTEM as Registered Agent for FRANCISCAN HEALTH SYSTEM by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with JEFF MINER AGENT AUTHORIZED TO ACCEPT SERVICE FOR REGISTERED AGENT.

No information was provided that indicates that the subjects served are members of the U.S. military.

I hereby declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Dated: August 24, 2012 at Tumwater, WA

by _____
　　　　R. Toye

Service Fee Total: $ 79.50



ABC Legal Services, Inc.
206 521-9000
Tracking #: 3361557

**ORIGINAL**
**PROOF OF SERVICE**

Page 1 of 1

CAH005.0001
Carney, Badley Smith Etal
701 5th Ave, #3600
Seattle, WA  98104
206 622-8020

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

July 25 2012 2:27 PM

KEVIN STOCK
COUNTY CLERK
NO: 12-2-11266-1

SUPERIOR COURT FOR THE STATE OF WASHINGTON
IN THE COUNTY OF PIERCE

| | |
|---|---|
| DEBORAH CAHILL, M.D., | |
| Plaintiff, | NO. |
| v. | SUMMONS |
| FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation, | |
| Defendant. | |

THE STATE OF WASHINGTON TO:   CT CORPORATION, Registered Agent for FRANCISCAN HEALTH SYSTEM

A lawsuit has been started against you in the above-entitled Court by Plaintiff Deborah Cahill, M.D. Plaintiff's claim is stated in the written Complaint, a copy of which is served upon you with this Summons.

In order to defend against this lawsuit, you must respond to the Complaint by stating your defense in writing and by serving a copy upon the person signing this Summons within twenty (20) days after the service of this Summons, excluding the day of service, or a default judgment may be entered against you without notice. A default judgment is one where plaintiff is entitled to what has been asked for because you have not responded. If you serve a notice of appearance on the undersigned person, you are entitled to notice before a default judgment may be entered.

You may demand that the plaintiff file this lawsuit with the Court. If you do so, the demand must be in writing and must be served upon the person signing this Summons. Within fourteen (14) days after you serve the demand, the plaintiff must file this lawsuit with the Court, or the service on you of this Summons and Complaint will be void.

SUMMONS – 1

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 ne312c6175 2012-07-25

If you wish to seek the advice of an attorney in this matter, you should do so promptly so that your written response, if any, may be served on time.

THIS SUMMONS is issued pursuant to Rule 4 of the Superior Court Civil Rules of the State of Washington.

DATED this 25TH day of July, 2012.

CARNEY BADLEY SPELLMAN, P.S.

By _/s/ Kenneth S. Kagan_
Kenneth S. Kagan, WSBA No. 12983
Elizabeth K. Maurer, WSBA No. 21973
Attorneys for Plaintiff, Deborah Cahill, M.D.

SUMMONS – 2

CARNEY
BADLEY
SPELLMAN

LAW OFFICES
A PROFESSIONAL SERVICE CORPORATION
701 Fifth Avenue, Suite 3600
Seattle, WA 98104-7010
T (206) 622-8020
F (206) 467-8215

cah005 0001 ne312c6175 2012-07-25

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON
July 25 2012 2:27 PM
KEVIN STOCK
COUNTY CLERK
NO: 12-2-11266-1

# IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
# IN AND FOR PIERCE COUNTY

| | |
|---|---|
| DEBORAH CAHILL M.D.<br>Plaintiff(s)<br><br>Vs.<br><br>FRANCISCAN HEALTH SYSTEM A WASHINGTON NON-PROF<br>Defendant(s) | No. 12-2-11266-1<br>ORDER SETTING CASE SCHEDULE<br>Type of case: PIN<br>Estimated Trial (days):<br>Track Assignment: Standard<br>Assignment Department: 09<br>Docket Code: ORSCS |

| | |
|---|---|
| Confirmation of Service | 8/22/2012 |
| Confirmation of Joinder of Parties, Claims and Defenses | 11/21/2012 |
| Jury Demand | 11/28/2012 |
| Status Conference (Contact Court for Specific Date) | Week of 12/19/2012 |
| Plaintiff's/Petitioner's Disclosure of Primary Witnesses | 1/16/2013 |
| Defendant's/Respondent's Disclosure of Primary Witnesses | 2/13/2013 |
| Disclosure of Rebuttal Witnesses | 4/3/2013 |
| Deadline for Filing Motion to Adjust Trial Date | 5/1/2013 |
| Discovery Cutoff | 6/5/2013 |
| Exchange of Witness and Exhibit Lists and Documentary Exhibits | 6/19/2013 |
| Deadline to file Certificate or Declaration re: Alternative Dispute Resolution (PCLR 16 (c)(3)) | 6/26/2013 |
| Deadline for Hearing Dispositive Pretrial Motions | 6/26/2013 |
| Joint Statement of Evidence | 6/26/2013 |
| Pretrial Conference (Contact Court for Specific Date) | Week of 7/10/2013 |
| Trial | 7/24/2013 9:00 |

## Unless otherwise instructed, ALL Attorneys/Parties shall report to the trial court at 9:00 AM on the date of trial.

### NOTICE TO PLAINTIFF/PETITIONER
If the case has been filed, the plaintiff shall serve a copy of the Case Schedule on the defendant(s) with the summons and complaint/petition: Provided that in those cases where service is by publication the plaintiff shall serve the Case Schedule within five (5) court days of service of the defendant's first response/appearance. If the case has not been filed, but an initial pleading is served, the Case Schedule shall be served within five (5) court days of filing. See PCLR 3.

### NOTICE TO ALL PARTIES
All attorneys and parties shall make themselves familiar with the Pierce County Local Rules, particularly those relating to case scheduling. Compliance with the scheduling rules is mandatory and failure to comply shall result in sanctions appropriate to the violation. If a statement of arbitrability is filed, PCLR 3 does not apply while the case is in arbitration.

Dated: July 25, 2012

Judge EDMUND MURPHY
Department 09

E-FILED
IN COUNTY CLERK'S OFFICE
PIERCE COUNTY, WASHINGTON

August 31 2012 1:19 PM

KEVIN STOCK
CLERK
NO: 12-2-11266-1

The Honorable Edmund Murphy

SUPERIOR COURT OF WASHINGTON FOR PIERCE COUNTY

| DEBORAH CAHILL, M.D., | NO. 12-2-11266-1 |
|---|---|
| Plaintiff, | **NOTICE OF APPEARANCE** |
| vs. | |
| FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation, | |
| Defendant. | |

COMES NOW, Defendant FRANCISCAN HEALTH SYSTEM, and without waiver of proper service or any other affirmative defense herewith, enter an appearance in the above-entitled action through Bruce W. Megard, Jr., Michael Madden and Bennett Bigelow & Leedom, P.S., attorneys of record, and request that all further pleadings herein be served upon said attorneys at their office address below stated:

Bruce W. Megard, Jr.
Bennett Bigelow & Leedom, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1387
(206) 622-5511
bmegard@bbllaw.com

You are not authorized to serve pleadings or papers by use of facsimile or electronic mail unless specifically negotiated with an attorney in the firm. Where authorized, service by facsimile or electronic mail will only be accepted Monday through Friday, 8:00 a.m. through 4:30 p.m. Pacific time.

NOTICE OF APPEARANCE - Page 1

1  DATED this ___31___ day of August, 2012.

BENNETT BIGELOW & LEEDOM, P.S.

By _____
Bruce W. Megard, Jr., WSBA #27560
Michael Madden, WSBA #8747
Attorneys for Defendant Franciscan Health
System

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

# CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury under the laws of the State of Washington, that she is now, and at all times material hereto, a citizen of the United States, a resident of the State of Washington, over the age of 18 years, not a party to, nor interested in the above entitled action, and competent to be a witness herein.

I caused to be served this date the foregoing in the manner indicated to the parties listed below:

| | |
|---|---|
| Kenneth S. Kagan, WSBA #12983<br>Elizabeth K. Maurer, WSBA #21973<br>Carney Badley Spellman<br>701 Fifth Avenue, Suite 3600<br>Seattle, WA 98104-7010 | ☐ Legal Messenger<br>☐ Facsimile<br>☐ Email<br>☒ 1st Class Mail<br>☐ Federal Express |

Attorneys for Plaintiff

Dated in Seattle, Washington this 31st day of August, 2012.

_____
Lori J. Yniguez
Legal Assistant

{1680.00016/M0675236.DOCX; 1}

NOTICE OF APPEARANCE - Page 3

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
1700 Seventh Avenue, Suite 1900
Seattle, Washington 98101
T: (206) 622-5511 F: (206) 622-8986