Honorable Benjamin H. Settle

Charles Bond, Esq. (SBN 060611)
Matthew Brinegar (SBN 277517)
PHYSICIANS' ADVOCATES
821 Bancroft Way
Berkeley, CA 94710
Telephone: 510.841.7500
Facsimile: 510.841.5022

Attorneys for Plaintiff
DEBORAH CAHILL, M.D.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH CAHILL, M.D., <br><br> Plaintiff, <br><br> v. <br><br> FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation, <br><br> Defendant. | NO. 3:12-cv-5829-BHS <br><br> **STIPULATION AND ORDER AMENDING SCHEDULING ORDER** <br><br> NOTE ON MOTION CALENDAR TUESDAY, NOVEMBER 19, 2013 |

    **WHEREAS**, the Court entered a Scheduling Order on February 15, 2013 (Dckt. # 18.)

    **WHEREAS**, on August 29, 2013, the Court granted the parties' Stipulation and Order Extending Expert Disclosure Deadline (Dckt. # 30.)

    **WHEREAS**, simultaneously with this Stipulation and Proposed Order Amending Scheduling Order, Plaintiff will be filing her Second Amended Complaint to include additional allegations and claims related to a stress-induced heart attack that she suffered on or about September 15, 2013 due to Defendant's actions.

1

1     **WHEREAS**, Defendant has signed a stipulation allowing Plaintiff to file her Second Amended Complaint without the necessity of a motion to amend. Despite this stipulation, Defendant strongly denies that it is responsible for Plaintiff's alleged stress-induced heart attack.

    **WHEREAS**, given the new allegations and claims in this matter, the previous Scheduling Order and the extension of the expert disclosure deadline does not provide sufficient time for the parties to engage in discovery and obtain expert reports in preparation for trial.

    **NOW THEREFORE**, the parties agree to the following Amended Scheduling Order:

| | |
|---|---|
| Disclosure of expert testimony: | June 17, 2013 |
| Disclosure of rebuttal expert testimony: | July 15, 2014 |
| Deadline for discovery motions: | July 22, 2014 |
| Discovery completed by: | August 19, 2014 |
| All dispositive motions must be filed by: | August 26, 2014 |
| **FIVE DAY JURY TRIAL:** | **November 4, 2014** |

//
//
//
//
//
//
//
//
//
//
//
//
//

## ORDER

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that the Stipulated Motion to Amend Scheduling Order is GRANTED.

SO ORDERED this 20th day of November, 2013

_____
Honorable Judge Benjamin H. Settle

DATED: November 19, 2013

Respecfully Submitted,
PHYSICIANS' ADVOCATES

By: /s/ Matthew A. Brinegar
Charles Bond (admitted pro hac vice)
Matthew A. Brinegar (WSBA No. 42361)
Attorneys for Plaintiff Deborah Cahill, M.D.

DATED: November 19, 2013

By /s/ Rhianna Fronapfel
Bruce W. Megard (WSBA No. 27560)
Rhianna Fronapfel (WSBA No. 38636)
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, WA 98101
Attorneys for Defendant Franciscan Health System