Honorable Benjamin H. Settle

Charles Bond, Esq. (SBN 060611)
Matthew Brinegar (SBN 277517)
PHYSICIANS' ADVOCATES
821 Bancroft Way
Berkeley, CA 94710
Telephone: 510.841.7500
Facsimile: 510.841.5022

Attorneys for Plaintiff
DEBORAH CAHILL, M.D.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH CAHILL, M.D.,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation,<br><br>Defendant. | NO. 3:12-cv-5829-BHS<br><br>**STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT FOR DAMAGES**<br><br>NOTE ON MOTION CALENDAR TUESDAY, NOVEMBER 19, 2013 |

**WHEREAS** on July 25, 2012, Plaintiff, Deborah Cahill, M.D. ("Plaintiff") filed her Complaint for, *inter alia*, violations of the Americans' with Disabilities Act, the Rehabilitation Act, and the Washington Law Against Discrimination against Franciscan Health System ("Defendant").

**WHEREAS** on April 29, 2013, Plaintiff amended her Complaint to add breach of contract and breach of the implied covenant of good faith and fair dealing claims.

**WHEREAS** Plaintiff seeks to file her Second Amended Complaint for Damages, which adds two causes of action for Intentional and Negligent Infliction of Emotional Distress.

1

STIPULATION AND ORDER ALLOWING PLAINTIFF TO FILE SECOND
AMENDED COMPLAINT FOR DAMAGES

#123218

WHEREAS a copy of Plaintiff's proposed Second Amended Complaint for Damages is attached hereto as **Exhibit "A."**

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendant, by and through their respective counsel, that:

1. Plaintiff should be granted leave to amend to file her Second Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

2. Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

**ORDER**

The Court having reviewed the foregoing Stipulation, and good cause appearing therefore:

**IT IS HEREBY ORDERED** that Plaintiff, Deborah Cahill, M.D., is granted leave to file her Second Amended Complaint for Damages, a copy of which is attached hereto as **Exhibit "A."**

**IT IS ALSO ORDERED** that Defendant's responsive pleading shall be due thirty (30) days after the Second Amended Complaint for Damages is filed.

**IT IS FURTHER ORDERED** that the Second Amended Complaint for Damages is deemed filed as of the date this Order is transmitted via the CM/ECF system.

IT IS SO ORDERED.

SO ORDERED this ___20___ th day of ___November___, 2013

_____
Honorable Judge Benjamin H. Settle

DATED: November 19, 2013

Respecfully Submitted,
PHYSICIANS' ADVOCATES

By: __/s/ Matthew A. Brinegar__
Charles Bond (admitted pro hac vice)
Matthew A. Brinegar (WSBA No. 42361)
Attorneys for Plaintiff Deborah Cahill, M.D.

DATED: November 19, 2013

By __/s/ Rhianna Fronapfel__
Bruce W. Megard (WSBA No. 27560)
Rhianna Fronapfel (WSBA No. 38636)
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, WA 98101
Attorneys for Defendant Franciscan Health System

# EXHIBIT "A"