Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DEBORAH CAHILL, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> FRANCISCAN HEALTH SYSTEM, a Washington non-profit corporation, <br><br> Defendant. | No. 12-cv-05829 BHS <br><br> **STIPULATION AND AGREED ORDER OF DISMISSAL** |

## STIPULATION

IT IS STIPULATED AND AGREED by and between counsel for the parties, as follows:

1. This action may be dismissed with prejudice.

2. Deborah Cahill, M.D. ("Dr. Cahill") filed an application for Medical Staff Privileges with Franciscan Health System on or about October 9, 2010.

3. Defendant FHS hereby withdraws *ab initio* any and all actions taken with regard to Plaintiff Dr. Cahill's application for Medical Staff Privileges.

4. Defendant FHS retroactively nullifies its October 25, 2010 letter to Plaintiff Dr. Cahill. That letter and any references thereto will be removed from Dr. Cahill's credentialing file.

STIPULATION AND AGREED ORDER OF
DISMISSAL - Page 1
12-cv-05829 BHS

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101
T: (206) 622-5511 F: (206) 622-8986

5. Dr. Cahill's application for Medical Staff Privileges with Franciscan Health System was never denied because FHS did not complete processing of the application, and the application was not forwarded to the Regional Credentials Committee for review, evaluation, and recommendation. As such, Plaintiff Dr. Cahill and FHS may truthfully state that Dr. Cahill never submitted an application for Medical Staff Privileges at FHS that was decided upon or denied by FHS.

6. Defendant FHS agrees to answer all future credentialing inquiries, if any, consistently with this Stipulation. Defendant FHS agrees to respond to any future credentialing inquiry by stating that FHS did not receive an application for Medical Staff Privileges at FHS that was evaluated or decided upon or denied by FHS.

AGREED AND STIPULATED TO this 26th day of February, 2014.

CARNEY BADLEY SPELLMAN

By: _s/Kenneth S. Kagan_
Kenneth S. Kagan, WSBA #12983

PHYSICIANS' ADVOCATES

By: _s/Matthew A. Brinegar_
Matthew A. Brinegar, WSBA #42361
Charles Bond (admitted *pro hac vice*)

Attorneys for Plaintiffs

BENNETT BIGELOW & LEEDOM, P.S.

By: _s/Michael Madden._
Michael Madden, WSBA #8747
Rhianna M. Fronapfel, WSBA #38636
Attorneys for Defendant

STIPULATION AND AGREED ORDER OF DISMISSAL - Page 2
12-cv-05829 BHS

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986

# ORDER

Based on the foregoing, IT IS SO ORDERED. This action is hereby DISMISSED WITH PREJUDICE.

DATED this 3 day of March, 2014.

_____
The Honorable Benjamin H. Settle
United States District Court Judge

Presented by:

BENNETT BIGELOW & LEEDOM, P.S.

By: s/Michael Madden
Michael Madden, WSBA #8747
Rhianna M. Fronapfel, WSBA #38636
Attorneys for Defendant

Copy received:
Notice of Presentation Waived:

CARNEY BADLEY SPELLMAN

By: s/Kenneth S. Kagan
Kenneth S. Kagan, WSBA #12983

PHYSICIANS' ADVOCATES

By: s/Matthew A. Brinegar
Matthew A. Brinegar, WSBA #42361
Charles Bond (admitted *pro hac vice*)

Attorneys for Plaintiff

STIPULATION AND AGREED ORDER OF
DISMISSAL - Page 3
12-cv-05829 BHS

LAW OFFICES
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, Washington 98101
T: (206) 622-5511  F: (206) 622-8986